# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| JAMES CASWELL JONES )<br>)<br>    Movant, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>)<br>    Respondent. ) | Case No. CV408-051<br>           CR405-283 |

## ORDER

The Court **GRANTS** James Caswell's Jones' motion to vacate or hold in abeyance this Court's November 2, 2011 Order (doc. 43, reported at 2011 WL 5299588). CV408-051, doc. 46. That Order set forth a briefing schedule based upon the remand set forth in *Jones v. United States*, 2011 WL 4425315 (11th Cir. Sep. 23, 2011). However, the *Jones* mandate had not yet issued, and Jones has since moved the court of appeals for an en banc rehearing. The Court will revisit this matter upon receipt of the mandate.

**SO ORDERED**, this   22nd   day of December, 2011.

                                      /s/ G.R. Smith
                              UNITED STATES MAGISTRATE JUDGE
                              SOUTHERN DISTRICT OF GEORGIA