IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JAMES CASWELL JONES, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | Case No. CV408-051 |
| ) | CR405-283 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Movant's 28 U.S.C.§2255 motion as to Counts One and Two of the Indictment is hereby **DENIED**, the motion as to Count Three of the Indictment having previously been **GRANTED**. (Doc. no. 100 in CR405-283.)

SO ORDERED, this 10th day of October, 2012.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA